UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

TIMOTHY BEST, )
 )
       Plaintiff, )
 ) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 4:23-CV-87-D**
 )
 )
 )
DEPARTMENT OF THE TREASURY, )
INTERNAL REVENUE SERVICE, )
 )
       Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 6] and DISMISSES WITH PREJUDICE Best's complaint for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on September 13, 2023, and Copies To:**

Timothy Best    (via US Mail to 210 E. Firetower Rd., Winterville, NC 28590)

DATE: September 13, 2023    PETER A. MOORE, JR., CLERK

    (By)  /s/ Stephanie Mann
    Deputy Clerk