IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-87-D

| | | |
|---|---|---|
| TIMOTHY D. BEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEPARTMENT OF THE TREASURY, | ) | |
| and INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

On October 20, 2023, Timothy D. Best ("Best" or "plaintiff") again moved to vacate the judgment. See [D.E. 11]. The court has reviewed the motion, the orders of the court, and the record.

Plaintiff's motion to vacate the judgment [D.E. 11] lacks merit and is DENIED. The case remains closed.

SO ORDERED. This 1 day of November, 2023.

JAMES C. DEVER III
United States District Judge